## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULAH ALHAMIRI,  )  <br>  ) <br> Detainee,  ) <br>  ) <br>     Petitioner,  ) <br> v.  ) <br>  ) <br> GEORGE W. BUSH, et al.,  ) <br>  ) <br>     Respondents.  ) | Civil Action No. 08-1231 |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Abdulah Alhamiri (ISN 48):

    DEBRA M. HUGHES (LCvR 83.2(e)) (Ohio Bar No. 0039277)
    Assistant Federal Public Defender
    Office of the Federal Public Defender,
        Northern District of Ohio
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    Telephone: (216) 522-4856; Fax: (216) 522-4321
    Email: debra_hughes@fd.org


    DARIN THOMPSON (LCvR 83.2(e)) (Ohio Bar No. 13441)
    Assistant Federal Public Defender
    Office of the Federal Public Defender,
        Northern District of Ohio
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    Telephone: (216) 522-4856; Fax: (216) 522-4321
    Email: darin_thompson@fd.org

AMY B. CLEARY (LCvR 83.2(e)) (Ohio Bar No. 0068425)
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  amy_cleary@fd.org

Undersigned counsel are employees of the Office of the Federal Public Defender, Northern District of Ohio, and thus are eligible to appear and practice in this Court pursuant to LCvR 83.2(e).

Undersigned counsel also certify, pursuant to LCvR 83.2(g), that they are representing Petitioner without compensation.

August 21, 2008                              Respectfully submitted,

                                            *s/ Debra M. Hughes*
                                            DEBRA M. HUGHES (LCvR  83.2(e))
                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender,
                                                  Northern District of Ohio
                                            1660 West Second Street, Suite 750
                                            Cleveland, Ohio 44113
                                            Telephone: (216) 522-4856; Fax: (216) 522-4321
                                            E-Mail: debra_hughes@fd.org

                                            */s/Darin Thompson*
                                            DARIN THOMPSON (LCvR  83.2(e))
                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender,
                                                 Northern District of Ohio
                                            1660 West Second Street, Suite 750
                                            Cleveland, Ohio 44113
                                            Telephone:  (216) 522-4856; Fax: (216) 522-4321
                                            E-mail: darin_thompson@fd.org

                                            */s/ Amy B. Cleary*
                                            AMY B. CLEARY (LCvR 83.2(e))
                                            Attorney at Law
                                            Office of the Federal Public Defender,
                                                 Northern District of Ohio

1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email:  amy_cleary@fd.org

Counsel for Petitioner Abdulah Alhamiri