IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULAH ALHAMIRI,<br><br>    Detainee,<br><br>           Petitioner,<br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>           Respondents. | Civil Action No. 08-1231 |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

Please enter the appearance of the following counsel in this case on behalf of Petitioner Abdulah Alhamiri (ISN 48):

>AMY B. CLEARY (LCvR 83.2(e)) (Ohio Bar No. 0068425)
>Attorney at Law
>Office of the Federal Public Defender,
>    Northern District of Ohio
>1660 West Second Street, Suite 750
>Cleveland, Ohio 44113
>Telephone: (216) 522-4856; Fax: (216) 522-4321
>Email:  amy_cleary@fd.org

Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that she is representing Petitioner without compensation.

August 21, 2008                             Respectfully submitted,

*/s/ Amy B. Cleary*
AMY B. CLEARY (LCvR 83.2(e))
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
Telephone: (216) 522-4856; Fax: (216) 522-4321
Email: amy_cleary@fd.org

Counsel for Petitioner Abdulah Alhamiri