IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAH ALHAMIRI, </br></br> Detainee, </br></br> Petitioner, </br> v. </br></br> GEORGE W. BUSH, et al., </br></br> Respondents. | Civil Action No. 08-1231 |

**NOTICE OF APPEARANCE**

To the Clerk of this Court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Abdulah Alhamiri (ISN 48):

    DEBRA M. HUGHES (LCvR 83.2(e)) (Ohio Bar No. 0039277)
    Assistant Federal Public Defender
    Office of the Federal Public Defender,
        Northern District of Ohio
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    Telephone: (216) 522-4856; Fax: (216) 522-4321
    Email: debra_hughes@fd.org

    Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that she is representing Petitioner without compensation.

August 21, 2008                                                  Respectfully submitted,


                                                                 *s/ Debra M. Hughes*
                                                                 DEBRA M. HUGHES (LCvR 83.2(e))
                                                                 Assistant Federal Public Defender
                                                                 Office of the Federal Public Defender,
                                                                      Northern District of Ohio
                                                                 1660 West Second Street, Suite 750
                                                                 Cleveland, Ohio 44113
                                                                 Telephone: (216) 522-4856; Fax: (216) 522-4321
                                                                 E-Mail: debra_hughes@fd.org

                                                                 Counsel for Petitioner Abdulah Alhamiri